SLIP OPINION          Cite as 2016 Ark. App. 11



# ARKANSAS COURT OF APPEALS

DIVISION IV
No. CR–15–364

| | |
|---|---|
| MONICA S. MORRIS<br><br>APPELLANT<br><br>V.<br><br>STATE OF ARKANSAS<br><br>APPELLEE | **Opinion Delivered** January 13, 2016<br><br>APPEAL FROM THE POINSETT COUNTY CIRCUIT COURT [NO. CR–2010–42]<br><br>HONORABLE JOHN N. FOGLEMAN, JUDGE<br><br>AFFIRMED; MOTION TO WITHDRAW GRANTED |

## M. MICHAEL KINARD, Judge

Appellant Monica S. Morris appeals from the revocation of her probation. Pursuant to *Anders v. California*, 386 U.S. 738 (1967) and Arkansas Supreme Court Rule 4–3(k), appellant's counsel has filed a no-merit brief and a motion to withdraw as counsel, asserting that there is no nonfrivolous argument to be made in support of an appeal.

Following the revocation hearing, the trial court found that appellant had violated her probation by failing to report to her probation officer as directed and by introducing contraband into a correctional facility. This was the only adverse ruling at the hearing, and counsel adequately explains in his brief why there is no merit to an appeal of the revocation decision.

From our review of the record and the brief presented to us, we find compliance with Rule 4–3(k) and that the appeal is without merit. Accordingly, counsel's motion to



withdraw is granted, and the revocation order is affirmed.

Affirmed; motion to withdraw granted.

HARRISON and HOOFMAN, JJ., agree.

*Paul J. Teufel*, for appellant.

No response.